THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT ERIK STAFNE,<br><br>                Plaintiff,<br><br>     v.<br><br>FREDERICK BENJAMIN BURNSIDE, *et al.*,<br><br>                Defendants. | CASE NO. C16-0753-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On June 23, 2016, the Court stayed this case until the related action before Judge Zilly had been resolved. (Dkt. No. at 1.) It appears that Judge Zilly's case may be wrapped up, at least as far as the district court is concerned. Accordingly, the Court DIRECTS the parties to submit an update as to the status of these two matters and indicate whether this case should be reopened or if the stay should continue. The parties shall submit such information within 14 days of this order.

DATED this 29th day of March 2017.

                                                  William M. McCool
                                                Clerk of Court

                                                s/Paula McNabb
                                                Deputy Clerk