THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SCOTT ERIK STAFNE,<br><br>    Plaintiff,<br><br>    v.<br><br>FREDERICK BENJAMIN BURNSIDE, *et al.*,<br><br>    Defendants. | CASE NO. C16-0753-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' April 12 status report (Dkt. No. 15). The parties seek to continue the stay of this case pending the outcome of the appeal of the case before Judge Zilly. (*Id.* at 2.) The Court agrees that a continued stay would be appropriate. The Clerk is DIRECTED to statistically close this case in the meantime. The parties are DIRECTED to notify this Court within 14 days after the Ninth Circuit issues its mandate in the appeal of the case before Judge Zilly. The next appropriate step will be determined at that time.

DATED this 13th day of April 2017.

                                      William M. McCool
                                      Clerk of Court

                                      s/Paula McNabb
                                      Deputy Clerk