THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT ERIK STAFNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK BENJAMIN BURNSIDE, *et al.*,<br><br>　　　　　Defendant. | CASE NO. C16-0753-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 10, 2022, Defendants Fred Burnside, Zana Bugaighis, and Davis Wright Tremaine moved to dismiss Plaintiff's claims against them (Dkt. No. 29). On March 31, 2022, Plaintiff moved to disqualify this judge from presiding over the matter (Dkt. No. 35), which I declined to do. (*See* Dkt. No. 37.) Instead, I stayed consideration of Defendants' motion and referred Plaintiff's disqualification motion to Chief Judge Martinez pursuant to LCR 3(f). (*Id.*) Today, Chief Judge Martinez affirmed my decision declining to recuse in this matter. (Dkt. No. 38). As a result, there is no need to continue to stay consideration of Defendants' motion to dismiss (Dkt. No. 29).

The stay, (*see* Dkt. No. 37), is lifted and the Clerk is DIRECTED to renote Defendant's motion to dismiss (Dkt. No. 29) to today: April 4, 2022.

MINUTE ORDER
C16-0753-JCC
PAGE - 1

DATED this 4th day of April 2022.

Ravi Subramanian<br>
Clerk of Court

s/Sandra Rawski<br>
Deputy Clerk